```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

LUCIENA S. GRANT-FLETCHER,        :

    Plaintiff,                    :

v.                                :   Civil Action No. GLR-12-558

MCMULLEN & DRURY, P.A.,           :

    Defendant.                    :

**<u>ORDER</u>**

On August 20, 2013, the Court convened a teleconference to determine the status of this case. In consideration of the Court's ruling on the parties' Cross-Motions for Summary Judgment (<u>see</u> ECF Nos. 23-24), Plaintiff withdraws Count II of her Complaint and the parties anticipate being able to resolve the issue of attorney's fees and costs without further court intervention. In light of this development, it is this 21st day of August, 2013, hereby

ORDERED that Ms. Grant-Fletcher's Motion to Enlarge Time to File for Attorney Fees and Costs (ECF No. 25) is GRANTED. A motion for attorney's fees and costs, if any, shall be filed no later than September 21, 2013; and

it is FURTHER ORDERED that this case be ADMINISTRATIVELY CLOSED, subject to being reopened in the event the parties are

unable to resolve the issue of attorney's fees and costs without further court intervention.

Counsel are DIRECTED to file a joint status report in the event a settlement is reached.

/s/
_____
George L. Russell, III
United States District Judge